# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JESS LEE GREEN**                                               **PETITIONER**

v.                                             **CAUSE NO. 1:18CV181-LG-MTP**

**JACQUELINE BANKS,**
**SUPERINTENDENT**                                            **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

     **X**   A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

     ___ A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 26th day of November, 2018.

                                                                   s/ *Louis Guirola, Jr.*
                                                                      LOUIS GUIROLA, JR.
                                                              UNITED STATES DISTRICT JUDGE